Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELOCITY STAFFING CORPORATION, INC., JOHN MIRANDA and DENISE KATSNELSON,<br><br>Plaintiffs,<br><br>vs.<br><br>RESOLVE STAFFING, INC., a Nevada Corporation; RONALD HEINEMAN, an individual, and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO: EDCV07-1577 SGL (OPx)<br><br>[PROPOSED] ORDER DISMISSING THE ACTION AGAINST DEFENDANT, RESOLVE STAFFING, INC. |

Pursuant to the stipulation between the parties, by and through their counsel of record, the above-captioned matter is hereby Dismissed against defendant, Resolve Staffing, Inc., pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED.

DATED: OCT - 3 2008

_____
Honorable Stephen J. Larson,
Judge of the United States District Court

ORDER